

**PHILADELPHIA OFFICE**
215.568.2900
215.568.2901
1617 JFK Boulevard
Suite 1270
Philadelphia, PA 19103

**WHEELER DIULIO & BARNABEI**
THE PROPERTY DAMAGE ATTORNEYS
www.wdblegal.com
(215) 971-1000

**NEW JERSEY OFFICE**
856.874.1447
215.568.2901
1040 Kings Highway North
Suite 205
Cherry Hill, NJ 08034

E-mail: adiulio@wdblegal.com

March 13, 2025

Judge Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, NJ 0810

      RE:    Alinea Capital Group, LLC v. The Travelers Indemnity Company of Connecticut
             Docket Number: 1:24-cv-6505

Dear Your Honor:

    This firm represents Plaintiff, Alinea Capital Group, LLC, in connection with the above-referenced matter. A settlement conference is scheduled for March 18, 2024. Please be advised that the parties have amicably resolved the above-entitled matter and it can be marked as Settled. A stipulation of Dismissal with Prejudice will follow once the final settlement documents are executed.

    Thank You for Your time and consideration.

                                Sincerely,

                                /s/ *Anthony DiIulio*
                                ANTHONY DIULIO